# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **JOHN ANTHONY EBARB** | **CIVIL ACTION NO. 22-5257-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **LT. MOORE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 10], and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint [Record Document 1] be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the *Heck* conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of October 2023.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**